FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy       DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TROY REGGIE HAYNES,<br><br>Petitioner,<br><br>v.<br><br>P. E. BRAZELTON, Warden,<br><br>Respondent. | Case No. CV 13-00220 VBF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order. All motions are denied as moot and terminated.

DATED: January 28, 2013

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  shy      DEPUTY